United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LEE ARTHUR HICKMAN, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-02696 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| POWELL INDUSTRIES, | § | |
| INC, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Lee Arthur Hickman proceeds here *pro se*. He filed this lawsuit, asserting claims pursuant to 42 USC §§1981 and 1981a(b)(1), for "disparate treatment" caused by "a hostile work environment through harassment due to racial discrimination." Dkt 1 at 1–3. The matter was referred for disposition to Magistrate Judge Richard Bennett. Dkt 4.

The original complaint was dismissed without prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a plausible claim. Dkts 25 (Memorandum and Recommendation) & 30 (order adopting M&R). Plaintiff filed an amended complaint. Dkt 26. Defendant Powell Industries, Inc, renewed its request for dismissal under Rule 12(b)(6), asserting that Plaintiff's amended complaint didn't plausibly allege a hostile work environment claim or any discriminatory intent. Dkt 28.

Judge Bennett issued a Memorandum and Recommendation recommending that Defendant's motion to dismiss be granted because the amended complaint fails to cure identified pleading deficiencies. Dkt 33. It further recommends that this action be dismissed with prejudice

because additional amendment would be futile. Id at 10. It also recommends that Plaintiff's motion to compel discovery be denied. Id at 9.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 33.

The motion by Defendant Powell Industries, Inc, to dismiss is GRANTED. Dkt 28.

The motion by Plaintiff to compel discovery is DENIED. Dkt 29.

This action is DISMISSED WITH PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on ___May 12, 2026___, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2